to retain its place on the calendar and issue to remain as of original date; answer of said trustee to be served within ten days from date of entry of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

STANDARD ACCIDENT INSURANCE COMPANY, Appellant, v. EUGENE A. VEIL, Respondent.— Order reversed, with twenty dollars costs and disbursements and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

VIGORIA SECURITIES CORPORATION, Plaintiff, v. SCOTTISH UNION & NATIONAL INSURANCE COMPANY, Respondent, and BANK OF THE MANHATTAN COMPANY, as Assignee for the Benefit of Creditors of SECOND RUSSIAN INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES M. SIEGEL, Respondent, v. PICTURE GUILD, INC., Appellant.— Order modified by striking out all provisions for a stay, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM ROSENBLATT, Respondent, v. VICTOR HOUSE and HENRY F. HOLTHUSEN, Appellants, Impleaded with Another.— Order modified by further granting all particulars in paragraph 13 of the notice of motion as to suit of Loew's Incorporated, and as so modified affirmed, without costs. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

E. R. SQUIBB & SONS, Appellant, v. SHERAY, INC., and Others, Respondents, Impleaded with Others.— Order modified by granting full injunctive relief as demanded, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN J. NEFF, Respondent, and EARL E. CAMPBELL and Others, Intervening Respondents, v. THE FARMERS LOAN AND TRUST COMPANY and Others, Appellants, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK, Defendant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of WILLIAM C. CONNELLY and Others, Appellants, against FOSTER WHEELER CORPORATION, Respondent.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. There should be an immediate trial. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAULINE EPSTEIN, Appellant, v. MURRAY FELENSTEIN, Respondent. (Action No. 1.) MURRAY FELENSTEIN, Respondent, v. BERNARD EPSTEIN, Appellant. (Action No. 2.) CELIA MILLER, Respondent, v. BERNARD EPSTEIN, Appellant. (Action No. 3.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAULINE EPSTEIN, Respondent, v. MURRAY FELENSTEIN, Appellant. (Action No. 1.) MURRAY FELENSTEIN, Appellant, v. BERNARD EPSTEIN, Respondent. (Action No. 2.) CELIA MILLER, Appellant, v. BERNARD EPSTEIN, Respondent. (Action No. 3.) — Order so far as appealed from affirmed, with twenty dollars costs

and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MURRAY FELENSTEIN, Appellant, v. BERNARD EPSTEIN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAULINE EPSTEIN, Respondent, v. MURRAY FELENSTEIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BESSIE SLUTZKY, Respondent, v. MURRAY FELENSTEIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of IRVING M. WOLF, Respondent, against THE SHERIFF OF THE COUNTY OF NEW YORK, Respondent, for a Writ of Habeas Corpus. DEALERS AUTO CLEARING CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BETTY KENNY, as Administratrix, etc., of the Estate of MICHAEL KENNY, Deceased, Appellant, v. JOHN KETTLES, Defendant, Impleaded with DODGE MOTORS NEW YORK, INC., Respondent.— Order reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CORNELL FABRICS, INC., Appellant, v. MILBERG DRESS CO., INC., Respondent. — Order modified by allowing items 1, 2, 4, 5, 6, 8, 9, 11, 12, 13, 14, 15, 16, 17 and 18, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELMER I. HUPPERT, Appellant, v. BETTY HUPPERT, Respondent.— Order reversed and motion denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ..

USED TAXI EXCHANGE, INC., Respondent, v. MORRIS MARKIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respondent, v. PENINSULA NATIONAL BANK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within five days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respond-